UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| TRACEY DAVID JOYNER | CIVIL ACTION |
| VERSUS | NO. 19-00731 |
| ROBERT C. TANNER, ET AL. | SECTION: "F"(3) |

**O R D E R**

The Court, having considered the complaint, the record, the applicable law, the Report and Recommendation of the United States Magistrate Judge, and the failure of any party to file an objection to the Magistrate Judge's Report and Recommendation, hereby approves the Report and Recommendation of the United States Magistrate Judge and adopts it as its opinion in this matter. Therefore,

**IT IS ORDERED** that plaintiff's motion for voluntary dismissal, Rec. Doc. 5, is **GRANTED** and that this civil action is **DISMISSED WITHOUT PREJUDICE**.

New Orleans, Louisiana, this 14th day of February, 2019.

_____
**MARTIN L.C. FELDMAN**
**UNITED STATES DISTRICT JUDGE**